# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LACEY L. NORMAND

VERSUS

STEPHEN E. GRAYSON, SHERI
GRAYSON, U.S. AGENCIES
INSURANCE COMPANY AND STATE
OF LOUISIANA, THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2020 CW 1164

OCTOBER 29, 2021

---

In Re:    State of Louisiana, through the Department of
          Transportation and Development, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2005-14356.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT GRANTED.** We reverse the judgment of the trial court that denied the motion for summary judgment filed by the Louisiana Department of Transportation and Development wherein it sought dismissal from the lawsuit filed against it by the plaintiff, Lacey L. Normand. Normand has failed to demonstrate that she will be able to prevail on at least two essential elements of her claim against the Department: that any negligence on the part of the Department was a cause-in-fact of Normand's injuries or that the Department created an unreasonably dangerous condition that contributed to the accident at issue. Accordingly, we grant the Louisiana Department of Transportation and Development's motion for summary judgment and dismiss all claims against it in this matter made by Lacey L. Normand.

JMM
AHP


**Holdridge, J.,** concurs.


COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
      FOR THE COURT